UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Case No. 16-9216 |
| MAYRA LAVERA ARIAS | : | **ORDER FOR DISMISSAL** |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation 6041329, against defendant Mayra Lavera Arias, which was filed on June 12, 2016, charging her with:

Assault within S.M.T.J.

in violation of 18 U.S.C 113, for the reason that prosecution of defendant Mayra Lavera Arias, is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Mayra Lavera Arias, of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 1/25/17